**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AUSTIN CAPITAL TRUST COMPANY LLC, <br><br>   Plaintiff, <br> v. <br><br> NORTH BAY CREDIT UNION; CHRIS CALL; CAROLE McCORMICK; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive, <br><br>   Defendants. | Case No.:   3:23-CV-00444-LRH-CSD <br><br> **ORDER GRANTING STIPULATION TO EXTEND BRIEFING SCHEDULE FOR RESPONSES AND REPLIES TO DEFENDANTS' PENDING MOTION TO DISMISS FIRST AMENDED COMPLAINT AND REQUEST FOR JUDICIAL NOTICE** <br><br> **(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1 and LR 7-1 and 7-2, Plaintiff Austin Capital Trust Company LLC ("Plaintiff") and Defendants North Bay Credit Union, Chris Call, and Carole McCormick ("Defendants", and together with Plaintiff, the "Parties"), by and through their respective undersigned counsel, stipulate to extend the briefing schedule on Defendants' Motion to Dismiss First Amended Complaint for Lack of Personal Jurisdiction (Fed.R.Civ.P. 12(b)(2)), Improper Venue (Fed.R.Civ.P. 12 (b)(3)), Forum *Non-Conveniens* and Failure to State a Claim Upon which Relief May Be Granted (Fed.R.Civ.P. 12(b)(6) [ECF No. 17] ("the Motion"); and related Request for Judicial Notice ("RJN"), both filed on November 13, 2023 [ECF No. 18], as follows:

1. Pursuant to LR 7-2, the deadline for Plaintiff to file a response to Defendants' Motion and RJN is currently November 27, 2023, and the deadline for Defendants to file a reply is currently December 4, 2023.

151802824

2. The Parties have agreed to extend the deadline for Plaintiff to respond to the Motion and the RJN to December 11, 2023.

3. The Parties have agreed to extend the deadline for Defendants to file their replies in support of the Motion and the RJN to December 29, 2023.

This stipulation is not intended to cause delay or prejudice any party.

DATED this 22nd day of November, 2023

**FOX ROTHSCHILD LLP**

/s/ Kevin M. Sutehall
MARK J. CONNOT (10010)
KEVIN M. SUTEHALL (9437)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
mconnot@foxrothschild.com
ksutehall@foxrothschild.com
*Attorneys for Plaintiff Austin Capital Trust Company LLC*

DATED this 22nd day of November, 2023

**BUCHALTER**

/s/ David E. Mark
JULIAN W. MACK (*Admitted Pro Hac Vice*)
CHERYL M. LOTT (*Admitted Pro Hac Vice*)
DAVID E. MARK (*Admitted Pro Hac Vice*)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730
pmack@buchalter.com
clott@buchalter.com
dmark@buchalter.com

**CAMBELL & WILLIAMS**
PHILIP R. ERWIN (11563)
SAMUEL R. MIRKOVICH (11662)
NICHOLAS S. HAGENKORD (15927)
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101
pre@clawlv.com
srm@cwlawlv.com
nsh@cwlaw.lv.com
*Attorneys for Defendants North Bay Credit Union, Chris Call and Carole McCormick*

**IT IS SO ORDERED.**

_____
**LARRY R. HICKS**
**UNITED STATES DISTRICT JUDGE**

**DATED:** 11/27/23

151802824