UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AUSTIN CAPITAL TRUST COMPANY LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NORTH BAY CREDIT UNION; CHRIS CALL; CAROLE McCORMICK; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 3:23-cv-00444-LRH-CSD<br><br>REASSIGNMENT ORDER |
| NORTH BAY CREDIT UNION, a California nonprofit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MRB DIRECT, INC., a Nevada corporation; DAVID PARK, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-00212-CDS-DJA |

The presiding District Judges in these actions have determined that these actions are related and that there is good cause to reassign them to one District Judge. *See* Local Rule 42-1. Reassignment of the cases to one judge will promote judicial efficiency and will not result in prejudice to the parties. The practice in this district has been to assign related cases to the assigned judge and magistrate in the first filed case.

Good cause appearing, IT IS HEREBY ORDERED that Case No. 2:24-cv-00212-CDS-

1 | DJA is reassigned to District Judge Larry R. Hicks and Magistrate Judge Craig S. Denney.

IT IS FURTHER ORDERED that the Clerk of the Court shall change the file and docket(s) to reflect this reassignment.

IT IS SO ORDERED.

DATED this 2nd day of April, 2024.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

Dated: April 2, 2024

_____
CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE