1  Sean P. Flynn (SBN 15408)
   Tomiko Ortiz (SBN 16599)
2  **GORDON REES SCULLY MANSUKHANI, LLP**
   1 East Liberty Street, Suite 424
3  Reno, NV 89501
   Telephone:     (775) 467-2610
4  E-Mail:        sflynn@grsm.com
                  tortiz@grsm.com
5
   *Attorneys for Defendant*
6  NORTH BAY CREDIT UNION and
   CAROLE McCORMICK
7

8

9                    **UNITED STATES DISTRICT COURT**

10                         **DISTRICT OF NEVADA**

11

| | |
|---|---|
| 12  AUSTIN CAPITAL TRUST COMPANY LLC, | CASE NO.  3:23-cv-00444-LRH-CSD |
| 13                 Plaintiff, | (Related Case No. 2:24-cv-00212-CDS-DJA) |
| 14       vs. | |
| 15  NORTH BAY CREDIT UNION; CHRIS CALL; CAROLE McCORMICK; DOES 1 through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive, | **SUBSTITUTION OF ATTORNEYS FOR DEFENDANT CAROLE MCCORMICK** |
| 17                 Defendants. | |
| 19  NORTH BAY CREDIT UNION, a California nonprofit corporation, | |
| 20                 Plaintiff, | |
| 21       vs. | |
| 23  MRB DIRECT, INC., a Nevada corporation; DAVID PARK, an individual; and DOES 1 through 10, inclusive, | |
| 25                 Defendants. | |

1  Defendant CAROLE MCCORMICK, hereby substitutes the law firm of GORDON
2  REES SCULLY MANSUKHANI as attorneys of record in this matter, in the place and stead of
3  the law firm CAMPBELL & WILLIAMS.

4  Dated: May 23, 2024                               _____
5                                                                        CAROLE McCORMICK

6

7  The law firm of CAMPBELL & WILLIAMS hereby agrees and consents to the
8  substitution of the law firm of GORDON REES SCULLY MANSUKHANI as the attorneys of
9  record for CAROLE McCORMICK in this matter.

10  Dated: May 23, 2024                              **CAMPBELL & WILLIAMS**

11

12                                                            By: _s/Samuel R. Mirkovich_____
13                                                                  Samuel R. Mirkovich
                                                                    Nevada Bar No. 11662
14                                                                  710 S. Seventh St.
                                                                    Las Vegas, NV 89101
15                                                                  T: (702) 382-5222
                                                                    F: (702) 382-0540
16                                                                  srm@cwlawlv.com

17

18  The law firm of GORDON REES SCULLY MANSUKHANI hereby accepts substitution
19  as attorneys of record for Defendant CAROLE McCORMICK in this matter

20  Dated: May 23, 2024                              **GORDON REES SCULLY MANSUKHANI**
21

22                                                            By: _s/Sean P. Flynn_____
23                                                                  Sean P. Flynn
                                                                    Tomiko A. Ortiz
24                                                                  *Attorneys for Defendant*
                                                                    CAROLE McCORMICK and NORTH
25                                                                  BAY CREDIT UNION

26  IT IS SO ORDERED.

27  DATED: May 29, 2024.                            _____
28                                                                UNITED STATES MAGISTRATE JUDGE